IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **AHMED NAGASH BEIRUTI,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 07-0626-CG-B** |
| **DAVID O. STREIFF, et al.,** | : | |
| Respondents. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE and ORDERED** this 3rd day of December, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE